54 A.3d 20

Wilbur SEITZINGER, Esquire and Seitzinger
& Randazzo, Appellants

v.

COMMONWEALTH of Pennsylvania, C/O Attorney General of Pennsylvania and Pennsylvania Department of Labor and Industry and Julia K. Hearthway, Secretary of the Pennsylvania Department of Labor and Industry, and Stephen J. Fireoved, Director of the Pennsylvania Bureau of Workers' Compensation, Appellees.

Supreme Court of Pennsylvania.

Sept. 28, 2012.

Samuel C. Stretton, Law Office of Samuel C. Stretton, West Chester, for Wilbur Seitzinger, Esq., and Seitzinger & Randasso.

Susan Jane Forney, Kenneth Lawson Joel, Linda L. Kelly, Calvin Royer Koons, Claude M. Tesoro, PA Office of the Attorney General, Harrisburg, for Office of the Attorney General and Department of Labor & Industry, et al.

## ORDER

PER CURIAM.

**AND NOW,** this 28th day of September, 2012, the Order of the Commonwealth Court is **AFFIRMED.**